# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES BILELLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:08cv433 |
| vs. ) | |
| ) | ORDER |
| PHIL SHEAR, et al., ) | |
| ) | |
| Defendants. ) | |

This matter came before the court for a Rule 16 planning conference. Counsel for the parties appeared telephonically. George Moyer represented the plaintiff and Mark Fitzgerald represented the defendant. Progression of the case was reviewed, and

**IT IS ORDERED:**

1. Any motion by the defendants for summary judgment based upon qualified immunity shall be filed on or before **July 31, 2009.**

2. The planning conference is continued to **November 19, 2009 at 10:30 a.m.,** to be held by telephone call initiated by plaintiff's counsel.

Dated this 15th day of June 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge