IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES BILELLO,** | ) | **CASE NO. 8:08CV433** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PHIL SHEAR, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiffs' Motion to Extend Time to File a Response (Filing No. 31).  In their Motion, the Plaintiff requests that the Court grant him an extension until September 30, 2009, to file a brief in response to the Defendants' Motion for Summary Judgment (Filing No. 28). Defendants oppose an extension after September 16, 2009 (Filing No. 32).

The Court finds the motion should be granted in part and denied in part. Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Motion to Extend Time to File a Response (Filing No. 31) is granted in part and denied in part; and

2. The Plaintiffs are ordered to respond to the Defendants' Motion for Summary Judgment (Filing No. 28) on or before September 22, 2009.

Dated this 28th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge